■ In the Matter of LAWRENCE U. COSTIGLIO et al., Respondents, v HARVEY L. STRELZIN, as Chairman of the New York State Assembly Standing Committee on Consumer Affairs and Protection, Appellant. In the

Matter of MORRIS D. CRAWFORD, JR., as Chairman of the Board of the Bowery Savings Bank, Respondent, v HARVEY L. STRELZIN, as Chairman of the New York State Assembly Standing Committee on Consumer Affairs and Protection, Appellant. In the Matter of CHARLES H. MILLER, as Chairman and Chief Executive Officer of the Dime Savings Bank of New York, Respondent, v HARVEY L. STRELZIN, as Chairman of the New York State Assembly Standing Committee on Consumer Affairs and Protection, Appellant.—Appeals from three judgments, Supreme Court, New York County, entered on December 28, 1978, December 21, 1978, and December 18, 1978 respectively, dismissed as moot, without costs and without disbursements. (See *Matter of Park East Corp. v Whalen,* 43 NY2d 735.) No opinion. Concur —Kupferman, J. P., Birns, Fein, Sandler and Bloom, JJ.